IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LISA MATTHEW,           Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. H-09-3077 |
| STELLAR RECOVERY, INC.,           Defendant. | § § § | |

## CONDITIONAL ORDER OF DISMISSAL

Having been advised that a settlement has been reached between Plaintiff and Defendant, the Court dismisses this case without prejudice to reinstatement of Plaintiff's claims, if any party represents to the Court on or before **March 8, 2010,** that the settlement could not be completely documented.

SIGNED at Houston, Texas, this **8th** day of **February, 2010**.

_____
Nancy F. Atlas
United States District Judge